SOUTHWELL & SONS *v.* SOUTHWELL *et al.*

BECK, J.   Under the pleadings and evidence in this case, the court did not err in refusing to grant the interlocutory injunction.

*Judgment affirmed.   All the Justices concur.*

Argued January 12,—Decided July 1, 1909.

Petition for injunction.   Before Judge Seabrook.   Bryan superior court.   July 20, 1908.

*Garrard & Meldrim,* for plaintiffs.

*Travis & Travis,* for defendants.